F. MAY TEETER, *Respondent, v.* GEORGE D. GILSON, *Appellant.* — Judgment affirmed, with costs.    Opinion by BOCKES, J.

HARVEY BAKER, *Respondent, v.* THE VILLAGE OF ONEONTA, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

TAMER M. DUEL, *Respondent, v.* ALBERT M. WHITE and CHARILLA R. WHITE, his wife, *Appellants, Impleaded, etc.* — Judgment affirmed, with costs.    Opinion by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* CHARLES SCHALLOWITZ and another, *Appellants.* — Judgment and conviction reversed.    New trial ordered in Tompkins County Sessions. Opinion by BOCKES, J.

JOHN P. PRICE, *Respondent, v.* ANN ELIZA PRICE, *Appellant.* — Judgment modified by striking out " and shall assume and be charged with the payment of the said mortgage and all sums due and to grow due thereunder," and, as modified, affirmed, with costs to plaintiff.    Opinion by LEARNED, P. J.

ISAAC HORTON and another, *Appellants, v.* HATLOW G. BORTHWICK, *Respondent.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

SETH POPE, *Respondent, v.* CROSBY GILLEN, *Appellant.* — Judgment of County Court and of justice of the peace reversed, with costs. Opinion by BOCKES, J.

HANNAH E. HUTCHINS, *Appellant, v.* ORRIN B. HUTCHINS, *Respondent.* — Judgment and order affirmed, with costs.    Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

N. GILLETT BURDICK, *Respondent, v.* IRA S. CRANDALL, *Appellant.* — Judgment and order affirmed, with costs.    Opinion by BOCKES, J.

ARNOLD T. NIVER, *Respondent, v.* MELVILLE M. CRANE, and ELLIE M. CRANE, *Appellants.* — Judgment affirmed, with costs.    Opinion by LEARNED, P. J.

SARAH NEWTON, *as Administratrix, etc., Respondent, v.* SAMUEL ROONEY, *Appellant.* — Judgment affirmed, with costs.    Opinion by BOARDMAN, J.

NANCY J. THOMAS, *Respondent, v.* ROSWELL R. KENYON, *Appellant.* — Judgment and order affirmed, with costs.    Opinion by BOCKES, J.

THE FIRST NATIONAL BANK OF WHITEHALL, N. Y., *Appellant, v.* WILLIAM A. GRISWOLD, *Respondent.* — Judgment reversed, new trial granted, referee discharged, costs to abide event.    Opinion by BOCKES, J.

THE FIRST NATIONAL BANK OF ELMIRA *v.* JOHN T. RATHBUN. — Motions for reargument denied.    Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.